Certificate Number: 12433-PAE-DE-039430008

Bankruptcy Case Number: 25-10926





12433-PAE-DE-039430008

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 11, 2025</u>, at <u>3:24</u> o'clock <u>PM EDT</u>, <u>John Wynder</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>March 11, 2025</u>          By:    <u>/s/Lisa Susoev</u>

                                                          Name:  <u>Lisa Susoev</u>

                                                          Title:  <u>Teacher</u>