25 10926

GlaxoSmithKline LLC    Five Moore Drive P.O. Box 13398 Research Triangle Park, NC 27709    +1 877-694-7547

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| John Wynder | GlaxoSmithKline LLC | 62326076 | 02/01/2025 | 02/15/2025 | 02/21/2025 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,201.75 | 200.29 | 404.12 | 480.69 | 1,116.65 |
| YTD | 10,574.53 | 629.73 | 1,371.68 | 974.57 | 7,598.55 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Base Salary Earnings | 02/01/2025 - 02/15/2025 | 70.25 | 25.3 | 1,777.33 | 8,437.56 | OASDI | 129.64 | 635.00 |
| Overtime 2.0 | | | | 0 | 809.60 | Medicare | 30.32 | 148.51 |
| Paid Time Off | 02/03/2025 - 02/09/2025 | 1.75 | 25.3 | 44.28 | 468.06 | Federal Withholding | 155.40 | 155.40 |
| Shift - 10% | 02/03/2025 - 02/15/2025 | 70.25 | 25.3 | 177.74 | 561.06 | State Tax - PA | 64.15 | 314.30 |
| Vacation Earnings | 02/10/2025 - 02/15/2025 | 8 | 25.3 | 202.40 | 202.40 | SUI-Employee Paid - PA | 1.54 | 7.40 |
| Inclement Weather 0.5 | | | | 0 | 75.90 | City Tax - UMRN | 20.90 | 102.39 |
| Overtime 1.5 | | | | 0 | 19.00 | PA LST - UMRN | 2.17 | 8.68 |
| Shift OT - 15% | | | | 0 | 0.95 | | | |
| Earnings | | | | 2,201.75 | 10,574.53 | Employee Taxes | 404.12 | 1,371.68 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Accidental Death & Dis. | 0.80 | 2.40 | Child Life | 0.33 | 0.99 |
| Dental Plan | 31.25 | 93.75 | Legal Plan | 8.88 | 26.64 |
| Long Term Disability | 4.17 | 12.51 | Life Insurance | 3.98 | 11.94 |
| Medical Plan | 76.00 | 228.00 | Support (830300893) | 467.50 | 935.00 |
| 401(k) - Pre-tax | 88.07 | 293.07 | | | |
| Pre Tax Deductions | 200.29 | 629.73 | Post Tax Deductions | 480.69 | 974.57 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 2,090.86 | 10,241.86 |
| Medicare - Taxable Wages | 2,090.86 | 10,241.86 |
| Federal Withholding - Taxable Wages | 2,002.79 | 9,948.79 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Chime | Chime ******8276 | ******8276 | | 1,116.65  USD |



FILED
MAR 21 2025
TIMOTHY McGRATH CLERK
BY



| | | GlaxoSmithKline LLC | Five Moore Drive P.O. Box 13398 Research Triangle Park, NC 27709 | +1 877-694-7547 | | | |
|---|---|---|---|---|---|---|---|
| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
| John Wynder | GlaxoSmithKline LLC | | | 62326076 | 02/16/2025 | 02/28/2025 | 03/06/2025 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,181.52 | 112.22 | 409.85 | 480.69 | 1,178.76 |
| YTD | 12,756.05 | 741.95 | 1,781.53 | 1,455.26 | 8,777.31 |

| Earnings | | | | | |
|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD |
| Base Salary Earnings | 02/16/2025 - 02/28/2025 | 67 | 25.3 | 1,695.11 | 10,132.67 |
| Overtime 2.0 | | | 0 | | 809.60 |
| Paid Time Off | 02/17/2025 - 02/28/2025 | 13 | 25.3 | 328.91 | 796.97 |
| Shift - 10% | 02/17/2025 - 02/28/2025 | 62.25 | 25.3 | 157.50 | 718.56 |
| Vacation Earnings | | | 0 | | 202.40 |
| Inclement Weather 0.5 | | | 0 | | 75.90 |
| Overtime 1.5 | | | 0 | | 19.00 |
| Shift OT - 15% | | | 0 | | 0.95 |
| Earnings | | | | 2,181.52 | 12,756.05 |

| Employee Taxes | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI | 128.37 | 763.37 |
| Medicare | 30.02 | 178.53 |
| Federal Withholding | 163.54 | 318.94 |
| State Tax - PA | 63.53 | 377.83 |
| SUI-Employee Paid - PA | 1.53 | 8.93 |
| City Tax - UMRN | 20.69 | 123.08 |
| PA LST - UMRN | 2.17 | 10.85 |
| Employee Taxes | 409.85 | 1,781.53 |

| Pre Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| Accidental Death & Dis. | 0.80 | 3.20 |
| Dental Plan | 31.25 | 125.00 |
| Long Term Disability | 4.17 | 16.68 |
| Medical Plan | 76.00 | 304.00 |
| 401(k) - Pre-tax | | 293.07 |
| Pre Tax Deductions | 112.22 | 741.95 |

| Post Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| Child Life | 0.33 | 1.32 |
| Legal Plan | 8.88 | 35.52 |
| Life Insurance | 3.98 | 15.92 |
| Support (830300893) | 467.50 | 1,402.50 |
| Post Tax Deductions | 480.69 | 1,455.26 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 2,070.63 | 12,312.49 |
| Medicare - Taxable Wages | 2,070.63 | 12,312.49 |
| Federal Withholding - Taxable Wages | 2,070.63 | 12,019.42 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Chime | Chime ******8276 | ******8276 | | 1,178.76  USD |

GlaxoSmithKline LLC    Five Moore Drive P.O. Box 13398 Research Triangle Park, NC 27709    +1 877-694-7547

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| John Wynder | GlaxoSmithKline LLC | 62326076 | 03/01/2025 | 03/15/2025 | 03/13/2025 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 162.00 | 0.00 | 54.74 | 0.00 | 107.26 |
| YTD | 12,918.05 | 741.95 | 1,836.27 | 1,455.26 | 8,884.57 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Annual Bonus | 03/01/2025 - 03/15/2025 | 0 | 0 | 162.00 | 162.00 |
| Base Salary Earnings | | | 0 | | 10,132.67 |
| Overtime 2.0 | | | 0 | | 809.60 |
| Paid Time Off | | | 0 | | 796.97 |
| Shift - 10% | | | 0 | | 718.56 |
| Vacation Earnings | | | 0 | | 202.40 |
| Inclement Weather 0.5 | | | 0 | | 75.90 |
| Overtime 1.5 | | | 0 | | 19.00 |
| Shift OT - 15% | | | 0 | | 0.95 |
| Earnings | | | | 162.00 | 12,918.05 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 10.05 | 773.42 |
| Medicare | 2.35 | 180.88 |
| Federal Withholding | 35.64 | 354.58 |
| State Tax - PA | 4.97 | 382.80 |
| SUI-Employee Paid - PA | 0.11 | 9.04 |
| City Tax - UMRN | 1.62 | 124.70 |
| PA LST - UMRN | | 10.85 |
| Employee Taxes | 54.74 | 1,836.27 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Accidental Death & Dis. | | 3.20 |
| Dental Plan | | 125.00 |
| Long Term Disability | | 16.68 |
| Medical Plan | | 304.00 |
| 401(k) - Pre-tax | | 293.07 |
| Pre Tax Deductions | 0.00 | 741.95 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Child Life | | 1.32 |
| Legal Plan | | 35.52 |
| Life Insurance | | 15.92 |
| Support (830300893) | | 1,402.50 |
| Post Tax Deductions | 0.00 | 1,455.26 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 162.00 | 12,474.49 |
| Medicare - Taxable Wages | 162.00 | 12,474.49 |
| Federal Withholding - Taxable Wages | 162.00 | 12,181.42 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Chime | Chime ******8276 | ******8276 | | 107.26 | USD |

GlaxoSmithKline LLC    Five Moore Drive P.O. Box 13398 Research Triangle Park, NC 27709    +1 877-694-7547

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| John Wynder | GlaxoSmithKline LLC | 62326076 | 03/01/2025 | 03/15/2025 | 03/21/2025 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,157.80 | 112.22 | 243.53 | 480.69 | 1,321.36 |
| YTD | 15,075.85 | 854.17 | 2,079.80 | 1,935.95 | 10,205.93 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Annual Bonus | | | 0 | | 162.00 |
| Base Salary Earnings | 03/01/2025 - 03/15/2025 | 77.75 | 25.3 | 1,967.08 | 12,099.75 |
| Overtime 1.5 | 03/03/2025 - 03/09/2025 | 0.25 | 25.3 | 9.50 | 28.50 |
| Overtime 2.0 | | | 0 | | 809.60 |
| Paid Time Off | 03/10/2025 - 03/15/2025 | 2.25 | 25.3 | 56.93 | 853.90 |
| Shift - 10% | 03/03/2025 - 03/15/2025 | 48.75 | 25.3 | 123.34 | 841.90 |
| Shift OT - 15% | 03/03/2025 - 03/09/2025 | 0.25 | 25.3 | 0.95 | 1.90 |
| Vacation Earnings | | | 0 | | 202.40 |
| Inclement Weather 0.5 | | | 0 | | 75.90 |
| Earnings | | | | 2,157.80 | 15,075.85 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 126.91 | 900.33 |
| Medicare | 29.68 | 210.56 |
| Federal Withholding | 0.00 | 354.58 |
| State Tax - PA | 62.80 | 445.60 |
| SUI-Employee Paid - PA | 1.51 | 10.55 |
| City Tax - UMRN | 20.46 | 145.16 |
| PA LST - UMRN | 2.17 | 13.02 |
| Employee Taxes | 243.53 | 2,079.80 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Accidental Death & Dis. | 0.80 | 4.00 |
| Dental Plan | 31.25 | 156.25 |
| Long Term Disability | 4.17 | 20.85 |
| Medical Plan | 76.00 | 380.00 |
| 401(k) - Pre-tax | | 293.07 |
| Pre Tax Deductions | 112.22 | 854.17 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Child Life | 0.33 | 1.65 |
| Legal Plan | 8.88 | 44.40 |
| Life Insurance | 3.98 | 19.90 |
| Support (830300893) | 467.50 | 1,870.00 |
| Post Tax Deductions | 480.69 | 1,935.95 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,046.91 | 14,521.40 |
| Medicare - Taxable Wages | 2,046.91 | 14,521.40 |
| Federal Withholding - Taxable Wages | 2,046.91 | 14,228.33 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Chime | Chime ******8276 | ******8276 | | 1,321.36    USD |