*Form 167* (1/25)–doc 16 – 3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    John David Wynder<br><br>    Debtor(s). | Case No. 25–10926–djb<br><br>Chapter: 7 |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Derek J Baker , United States Bankruptcy Judge to consider:

.

Application to Waive the Chapter 7 Filing Fee
and Proceed In Forma Pauperis
filed by Pro Se Debtor John David Wynder


******


Participant(s) can attend this hearing
either in−person at the courthouse
OR by video conference on ZoomGov.com
with JOIN Meeting ID # 161 0657 4791.


******

on: 4/8/25

at: 10:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107


Date: March 27, 2025                                                                                    For The Court

                                                                                                                         Timothy B. McGrath
                                                                                                                         Clerk of Court