United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-10926-djb |
| John David Wynder | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Mar 27, 2025 | Form ID: 167 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + John David Wynder, 1250 Bethlehem Pike, Suite S. 350, Hatfield, PA 19440-1333 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2025                    Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| LYNN E. FELDMAN | trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

*Form 167* (1/25)–doc 16 – 3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
    John David Wynder ) Case No. 25−10926−djb
)
)
    Debtor(s). ) Chapter: 7
)
)

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Derek J Baker , United States Bankruptcy Judge to consider:

.

Application to Waive the Chapter 7 Filing Fee
and Proceed In Forma Pauperis
filed by Pro Se Debtor John David Wynder

******

Participant(s) can attend this hearing
either in−person at the courthouse
OR by video conference on ZoomGov.com
with JOIN Meeting ID # 161 0657 4791.

******

on: 4/8/25

at: 10:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

Date: March 27, 2025

For The Court

Timothy B. McGrath
Clerk of Court