IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
|  |  |  |
|---|---|---|
|  | : | CHAPTER 7 |
| John David Wynder | : | BANKRUPTCY NO. 25-10926-djb |
|  | : | HEARING DATE: April 22, 2025 |
| Debtor | : | AT 10:00 a.m. COURTROOM #2 |
|  | : | 2nd FLOOR 900 MARKET STREET |
|  | : | PHILADELPHIA, PA 19107 |

## <u>CERTIFICATE OF NO RESPONSE</u>

I, Todd L. Baritz, Esquire, hereby certify as follows:

1. On April 3, 2025, Hatfield Village Associates, filed a Motion for Relief from the Automatic Stay of 11 U.S.C. §362 (the "Motion") in connection with the above captioned matter.

2. Also on April 3, 2025, I served a copy of the Motion on John David Wynder (the "Debtor"), Lynn E. Feldman, Chapter 7 Trustee, and United States Trustee via first-class mail.

3. Debtor's response or other objections to the Motion were due by April 15, 2015.

4. As of this date, Hatfield Village Associates has not been served with a response to the Motion.

5. Furthermore, the docket entries indicate that no response has been filed.

**WHEREFORE**, Hatfield Village Associates respectfully request that this Court enter the Order attached to the Motion as unopposed.

Respectfully submitted,

Dated: April 18, 2025

/S/ Todd L. Baritz, Esq
Todd L. Baritz, Esquire