IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

|  |  |  |
|---|---|---|
|  | : | CHAPTER 7 |
| John David Wynder | : | BANKRUPTCY NO. 25-10926-djb |
|  | : | HEARING DATE: April 22, 2025 |
| Debtor | : | AT 10:00 a.m. COURTROOM #2 |
|  | : | 2nd FLOOR 900 MARKET STREET |
|  | : | PHILADELPHIA, PA 19107 |

## CERTIFICATE OF SERVICE

I, Todd L. Baritz, Esquire, hereby certify that on April 21, 2025, I caused to be served the foregoing **Certificate of No Response** on the following parties via first-class mail:

John David Wynder
1250 Bethlehem Pike, Suite S. 350
Hatfield, PA 19440

Lynn E. Feldman, Chapter 7 Trustee
2310 Walbert Ave.
Suite 103
Allentown, PA 18104

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

By:   /S/ Todd L. Baritz, Esq
Todd L. Baritz, Esquire

Date:  April 21, 2025