IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| John David Wynder | : | BANKRUPTCY NO. 25-10926-djb |
| | : | HEARING DATE: May 13, 2025 |
| Debtor | : | AT 10:00 a.m. COURTROOM #2 |
| | : | 2nd FLOOR 900 MARKET STREET |
| | : | PHILADELPHIA, PA 19107 |

## STIPULATION

In lieu of further litigation, the parties to this matter stipulate as follows:

1. By agreement of the parties, the automatic stay is vacated with respect to Landlord's ability to recover possession of the premises located at 2058 Maple Avenue, #AC3-01, Hatfield, PA 19440, and accordingly, the Motion for Relief from the Automatic Stay is Granted, by Agreement of the parties.

2. Debtor, John David Wynder, and all occupants, shall have until May 31, 2025, to vacate the premises located at 2058 Maple Avenue, #AC3-01, Hatfield, PA 19440.

**Agreed and Accepted:**

_____          _____
Todd L. Baritz, Esquire                            John David Wynder
Attorney for Landlord                              Debtor

APPROVED: _____

                                                                  J.

**Date: May 12, 2025**