United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-10926-djb |
| John David Wynder | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 1 |
| Date Rcvd: May 12, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + John David Wynder, 1250 Bethlehem Pike, Suite S. 350, Hatfield, PA 19440-1333 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2025        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| LYNN E. FELDMAN | trustee.feldman@rcn.com lfeldman@ecf.axosfs.com |
| TODD L. BARITZ | on behalf of Creditor Hatfield Village Associates tbaritz@baritzlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
:   CHAPTER 7
John David Wynder    :   BANKRUPTCY NO. 25-10926-djb
:   HEARING DATE: May 13, 2025
Debtor    :   AT 10:00 a.m. COURTROOM #2
:   2nd FLOOR 900 MARKET STREET
:   PHILADELPHIA, PA 19107

## STIPULATION

In lieu of further litigation, the parties to this matter stipulate as follows:

1. By agreement of the parties, the automatic stay is vacated with respect to Landlord's ability to recover possession of the premises located at 2058 Maple Avenue, #AC3-01, Hatfield, PA 19440, and accordingly, the Motion for Relief from the Automatic Stay is Granted, by Agreement of the parties.

2. Debtor, John David Wynder, and all occupants, shall have until May 31, 2025, to vacate the premises located at 2058 Maple Avenue, #AC3-01, Hatfield, PA 19440.

**Agreed and Accepted:**

_____        _____
Todd L. Baritz, Esquire                John David Wynder
Attorney for Landlord                  Debtor

APPROVED: _____

                                       J.

**Date: May 12, 2025**