IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

John David Wynder

Debtor

: CHAPTER 7
: BANKRUPTCY NO. 25-10926-djb
: HEARING DATE: May 13, 2025
: AT 10:00 a.m. COURTROOM #2
: 2nd FLOOR 900 MARKET STREET
: PHILADELPHIA, PA 19107

## ORDER

**AND NOW, this** _12th_ **day of** _May_, _2025_, upon consideration of the Motion for Relief from the Automatic Stay of 11 U.S.C. §362 filed by **Hatfield Village Associates** and after notice thereof, and an opportunity to be heard, and cause therefore having been shown, it is hereby,

**ORDERED** that the Motion is **GRANTED**, by agreement of the parties and pursuant to stipulation; and it is further **ORDERED that** the automatic stay in the above-captioned bankruptcy case is hereby MODIFIED with respect to the property located at 2058 Maple Avenue, #AC3-01, Hatfield, PA 19440, as to allow the Movant to proceed in any competent forum to exercise any and all legal and equitable rights it has under any and all applicable laws to recover possession of the premises located at 2058 Maple Avenue, #AC3-01, Hatfield, PA 19440. Debtor and all occupants to have until May 31, 2025 to vacate the premises located at 2058 Maple Avenue, #AC3-01, Hatfield, PA 19440.

The relief granted in this Order shall survive the conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

BY THE COURT:

_____
Honorable Derek J. Baker
Judge, U.S.B.C.