United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-10926-djb |
| John David Wynder | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 1 |
| Date Rcvd: May 19, 2025 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John David Wynder, 1250 Bethlehem Pike, Suite S. 350, Hatfield, PA 19440-1333 |
| cr | + | Hatfield Village Associates, 801 Old York Road, Jenkintown, PA 19046-1611 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: May 21, 2025 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| LYNN E. FELDMAN | trustee.feldman@rcn.com lfeldman@ecf.axosfs.com |
| TODD L. BARITZ | on behalf of Creditor Hatfield Village Associates tbaritz@baritzlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              : CHAPTER 7
John David Wynder                   : BANKRUPTCY NO. 25-10926-djb
                                    : HEARING DATE: May 13, 2025
    Debtor                          : AT 10:00 a.m. COURTROOM #2
                                    : 2nd FLOOR 900 MARKET STREET
                                    : PHILADELPHIA, PA 19107

## ORDER

AND NOW, this 12th day of May, 2025, upon consideration of the Motion for Relief from the Automatic Stay of 11 U.S.C. §362 filed by **Hatfield Village Associates** and after notice thereof, and an opportunity to be heard, and cause therefore having been shown, it is hereby,

**ORDERED** that the Motion is **GRANTED**, by agreement of the parties and pursuant to stipulation; and it is further **ORDERED that** the automatic stay in the above-captioned bankruptcy case is hereby MODIFIED with respect to the property located at 2058 Maple Avenue, #AC3-01, Hatfield, PA 19440, as to allow the Movant to proceed in any competent forum to exercise any and all legal and equitable rights it has under any and all applicable laws to recover possession of the premises located at 2058 Maple Avenue, #AC3-01, Hatfield, PA 19440. Debtor and all occupants to have until May 31, 2025 to vacate the premises located at 2058 Maple Avenue, #AC3-01, Hatfield, PA 19440.

The relief granted in this Order shall survive the conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

BY THE COURT:

_____
Honorable Derek J. Baker
Judge, U.S.B.C.