**UNITED STATES BANKRUTPCY COURT**
**EASTERN DISTRICT OF PENNSYVLANIA**

IN RE:  John David Wynder     :     Chapter:  7
                                   :
           Debtor               :     Bankruptcy No.:  25-10926-DJB

**ORDER TO SHOW CAUSE WHY**
**DEBTOR'S CASE SHOULD NOT BE DISMISSED**

       **AND NOW**, the docket reflecting that the Debtor failed to appear at  two  scheduled §341 Meetings of Creditors,

       It is hereby **ORDERED** that a hearing shall be held on  **July 22, 2025  at  10:00 am** to consider whether this case should be dismissed. (See 11 U.S.C. §§105(a), 707(a)).   Parties can appear either in-person at the Nix Federal Courthouse: 900 Market Street 2nd floor, Courtroom # 2 Philadelphia PA 19107  **or**  by video on  ZoomGov.com  with  Join Meeting ID  161 0657 4791 .

       It is **FURTHER ORDERED** that if the Debtor fails to appear at the hearing scheduled above, this case may be **DISMISSED** without further notice or hearing.

Date:  July 9, 2025

_____
**Derek J. Baker**
**United States Bankruptcy Judge**