United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                      Case No. 25-10926-djb

John David Wynder                                                                Chapter 7

   Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jul 09, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                      regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John David Wynder, 1250 Bethlehem Pike, Suite S. 350, Hatfield, PA 19440-1333 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2025           Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | |
| | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| LYNN E. FELDMAN | |
| | trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com |
| TODD L. BARITZ | |
| | on behalf of Creditor Hatfield Village Associates tbaritz@baritzlaw.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

## UNITED STATES BANKRUTPCY COURT
## EASTERN DISTRICT OF PENNSYVLANIA

IN RE:  John David Wynder                    :          Chapter:  7
                                                          :
                          Debtor                 :          Bankruptcy No.:  25-10926-DJB


### ORDER TO SHOW CAUSE WHY
### DEBTOR'S CASE SHOULD NOT BE DISMISSED

**AND NOW**, the docket reflecting that the Debtor failed to appear at  **two**  scheduled

§341 Meetings of Creditors,

It is hereby **ORDERED** that a hearing shall be held on  **July 22, 2025  at  10:00 am**

to consider whether this case should be dismissed. (See 11 U.S.C. §§105(a), 707(a)).   Parties can

appear either in-person at the Nix Federal Courthouse: 900 Market Street 2nd floor, Courtroom # 2

Philadelphia PA 19107  **or**  by video on  ZoomGov.com  with  Join Meeting ID  161 0657 4791 .

It is **FURTHER ORDERED** that if the Debtor fails to appear at the hearing scheduled

above, this case may be **DISMISSED** without further notice or hearing.


**Date:  July 9, 2025**                          _____
                                                             **Derek J. Baker**
                                                             **United States Bankruptcy Judge**