UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

:

**In re**        **John David Wynder**        :    Chapter    7

        **Debtor**

                                      :    Bankruptcy No.  25-10926

### ORDER DISMISSING CASE

AND NOW, this          day of                  , 2025,   it is

1.    *(  )  ORDERED that since we find that the debtor(s) have failed to pay the prescribed filing fee in full within the requisite time period, this case be, and the same hereby is, DISMISSED.

2.    *( **X** )  ORDERED that since we find that the debtor(s) have failed to attend the hearing mandated under 11 U.S.C. Sec.341 and have failed to explain their absence at the Sec. 341 hearing, this case be and the same hereby is, DISMISSED.

3.    *(  )  ORDERED that since this debtor has a prior pending case, this case be, and the same hereby is, DISMISSED (11 U.S.C. Sections 105, 1307 (c)).

**Date: July 22, 2025**

_____
Derek J. Baker
United States Bankruptcy Judge

* numbered paragraph is applicable if selected