United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-10926-djb |
| John David Wynder | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 22, 2025 | Form ID: pdf900 | Total Noticed: 14 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John David Wynder, 1250 Bethlehem Pike, Suite S. 350, Hatfield, PA 19440-1333 |
| cr | + | Hatfield Village Associates, 801 Old York Road, Jenkintown, PA 19046-1611 |
| 14999516 | | Fair Collections, 1400 Sweitzer Ln., Laurel, MD 20707 |
| 14999517 | | Jefferson Capital System, 200 1th Avenue East, Sartell, MN 56377 |
| 14987410 | + | PENNYMAC LOAN SERVICES, LLC, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 23 2025 00:20:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 23 2025 00:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14999515 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 23 2025 00:20:00 | GS Bank USA, 11850 S. Election Rd., Draper, UT 84020-6814 |
| 14999518 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 23 2025 00:26:42 | JPMCB Card Services, PO BOX 15369, Wilmington, DE 19850-5369 |
| 14999519 | | Email/Text: bk@lendmarkfinancial.com | Jul 23 2025 00:20:00 | Lendmark Financial Services, 2118 Usher Street, COnyers, GA 30014 |
| 14999521 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 23 2025 00:20:00 | Navy Federal Credit Union, PO BOX 3700, Merrifield, VA 22119-3700 |
| 14987332 | ^ | MEBN | Jul 23 2025 00:16:11 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14999522 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 23 2025 00:26:59 | Portfolio Recovery, 120 Corporate Blvd., Ste. 100, Norfolk, VA |
| 14999523 | ^ | MEBN | Jul 23 2025 00:16:28 | The Receivables Mng Services, 7350 Tilghman St. 3rd Floor, Allentown, PA 18106-9012 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 22, 2025 | Form ID: pdf900 | Total Noticed: 14 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| LYNN E. FELDMAN | trustee.feldman@rcn.com lfeldman@ecf.axosfs.com |
| TODD L. BARITZ | on behalf of Creditor Hatfield Village Associates tbaritz@baritzlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

:

In re         John David Wynder              :        Chapter    7

              Debtor

                                              :        Bankruptcy No.  25-10926

ORDER DISMISSING CASE

AND NOW, this        day of          , 2025,  it is

1.    *(  ) ORDERED that since we find that the debtor(s) have failed to pay the prescribed filing fee in full within the requisite time period, this case be, and the same hereby is, DISMISSED.

2.    *( **X** ) ORDERED that since we find that the debtor(s) have failed to attend the hearing mandated under 11 U.S.C. Sec.341 and have failed to explain their absence at the Sec. 341 hearing, this case be and the same hereby is, DISMISSED.

3.    *(  ) ORDERED that since this debtor has a prior pending case, this case be, and the same hereby is, DISMISSED (11 U.S.C. Sections 105, 1307 (c)).

**Date: July 22, 2025**

_____
Derek J. Baker
United States Bankruptcy Judge

* numbered paragraph is applicable if selected